# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**BILLY RANDAL MACHEN, DDS,** *et al.*                                    **PLAINTIFFS**

v.                         **CASE NO. 4:20-CV-00451-BSM**

**ASPEN AMERICAN INSURANCE COMPANY**                          **DEFENDANT**

## ORDER

The motion to dismiss [Doc. No. 85] is granted, and this case is dismissed with prejudice. Fed. R. Civ. P. 41(a).

IT IS SO ORDERED this 20th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE