**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BILLY RANDAL MACHEN, DDS,** *et al.*                              **PLAINTIFFS**

**v.**                              **CASE NO. 4:20-CV-00451-BSM**

**ASPEN AMERICAN INSURANCE COMPANY**                              **DEFENDANT**

**<u>JUDGMENT</u>**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 20th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE